## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Court's Order dated February 7, 2011 (Doc. No. 102) was served via electronic mail on the 8th day of February, 2011, upon the following counsel, who has confirmed receipt on behalf of Defendant, Toshiba America Incorporated and Toshiba America Nuclear Energy:

>John Ridley, Esq.
>**Drinker Biddle & Reath LLP**
>500 Campus Drive
>Florham Park, NJ 07932-1047
>Tel. (973) 549-7030
>Fax (973) 360-9831
>
>*Counsel for Toshiba America Inc., et al.*

February 17, 2011                            s/_____
                                                          Steven L. Wittels