ELAINE CYPHERS AND ANGELITA BLANCO, INDIVIDUALLY AND ON
BEHALF OF OTHERS SIMILARLY SITUATED

Index #: 11-CV-0642 (RJS)

Plaintiff(s)

- against -

Date Filed:

 TOSHIBA AMERICA, INCORPORATED, TOSHIBA AMERICA NUCLEAR
ENERGY CORPORATION, TOSHIBA MACHINE COMPANY AMERICA,
TOSHIBA MACHINE COMPANY LIMITED AND TOSHIBA CORPORATION

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF
EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 9, 2011 at 12:17 PM at

C/O CT CORPORATION SYSTEM
REGISTERED AGENT
111 8TH AVENUE
NEW YORK, NY 10011

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION, AMENDED CLASS ACTION COMPLAINT, CIVIL COVER
SHEET, ELECTRONIC CASE FILING RULES & INSTRUCTIONS, JUDGES' RULES on TOSHIBA MACHINE COMPANY AMERICA
(TMCA), the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to AIXA FLORES personally, deponent knew said corporation so served
to be the corporation described in said SUMMONS IN A CIVIL ACTION, AMENDED CLASS ACTION
COMPLAINT, CIVIL COVER SHEET, ELECTRONIC CASE FILING RULES & INSTRUCTIONS, JUDGES' RULES
as said  defendant/respondent and knew said individual to be  PROCESS CLERK thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BROWN | 45 | 5'6 | 125 |
| GLASSES | | | | | |

1

Sworn to me on:  March 10, 2011

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2014

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18,
2013

GOTHAM PROCESS INC.
299 Broadway
New York NY 10007

**ANDRE MEISEL**
License #: 1372356
Docket #: 748624

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on March 10, 2011 via electronic means upon the following counsel of record:

John Ridley, Esq.
Helen Tuttle, Esq.
**Drinker Biddle & Reath LLP**
500 Campus Drive
Florham Park, NJ 07932-1047
Tel. (973) 549-7030
Fax (973) 360-9831

*Counsel for Toshiba America Inc. and*
*Toshiba Machine Company America*

Paul J. Siegel, Esq.
**Jackson Lewis LLP**
58 South Service Rd., Ste. 410
Melville, New York 11747
Tel. (631) 247-0404

*Counsel for Toshiba America Machine Company*

s/ Steven L. Wittels
Steven L. Wittels