UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/11
```

ELAINE CYPHERS,

           Plaintiff,

-v-

TOSHIBA AMERICA INC., *et al.*,

           Defendants.

No. 11 Civ. 642 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED THAT the Court's Order dated March 11, 2011 applies only to the parties in attendance at the March 11, 2011 conference. Accordingly, Defendants Toshiba America Incorporated, Toshiba America Nuclear Corporation, and Toshiba Machine Company America shall answer or submit a pre-motion letter no later than April 7, 2011.

SO ORDERED.

Dated:      March 28, 2011
               New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE