| | | |
|---|---|---|
| ELAINE CYPHERS AND ANGELITA BLANCO | | Index #: 11-CV-0642 |
| | Plaintiff(s) | |
| - against - | | Date Filed: |
| TAI, TANE, TMC, TMCA AND TOSHIBA CORP. | | **AFFIDAVIT OF SERVICE** |
| | Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID GOLDBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 13, 2011 at 12:05 PM at

CT CORPORATION SYSTEM
REGISTERED AGENT
111 8TH AVENUE
NEW YORK, NY 10011

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAINT on TOSHIBA MACHINE COMPANY LIMITED C/O SUBSIDIARY: TOSHIBA MACHINE COMPANY AMERICA, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to AIXA FLORES personally, deponent knew said corporation so served to be the corporation described in said SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAINT as said defendant/respondent and knew said individual to be PROCESS CLERK thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 35 | 5'4 | 130 |

Sworn to me on: April 14, 2011

| | | | |
|---|---|---|---|
| Linda Forman | Robin Forman | GOTHAM PROCESS INC. | DAVID GOLDBERG |
| Notary Public, State of New York | Notary Public, State of New York | 299 Broadway | License #: 916033 |
| No. 01FO5031305 | No. 01FO6125415 | New York NY 10007 | Docket #: 753717 |
| Qualified in New York County | Qualified in New York County | | |
| Commission Expires August 1, 2014 | Commission Expires April 18, 2013 | | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on April 21, 2011 via electronic means upon the following counsel of record:

Helen Tuttle, Esq.
John Ridley, Esq.
Lawrence Del Rossi, Esq.
**Drinker Biddle & Reath LLP**
500 Campus Drive
Florham Park, NJ 07932-1047
Tel. (973) 549-7030
Fax (973) 360-9831

*Counsel for Toshiba America Incorporated and Toshiba America Nuclear Energy Corporation*

Paul J. Siegel, Esq.
Wendy J. Mellk, Esq.
**Jackson Lewis LLP**
58 South Service Rd., Ste. 410
Melville, New York 11747
Tel. (631) 247-0404

*Counsel for Toshiba Machine Company America*

s/ Steven L. Wittels
Steven L. Wittels